No. 124, Misc. EDWARDS *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 126, Misc. CRAWFORD *v.* BETO, CORRECTIONS DIRECTOR. Court of Criminal Appeals of Texas. Certiorari denied. *Bernard A. Golding* for petitioner.

No. 127, Misc. WEAVER *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied.

No. 128, Misc. GARCIA *v.* BETO, CORRECTIONS DIRECTOR. Court of Criminal Appeals of Texas. Certiorari denied.

No. 129, Misc. WELLER *v.* DICKSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 131, Misc. FOWLER ET AL. *v.* BOARD OF COMMISSIONERS OF PRINCE GEORGES COUNTY ET AL. Court of Appeals of Maryland. Certiorari denied.

No. 132, Misc. WINTER *v.* WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.

No. 133, Misc. GOVEIA *v.* HARITAS ET AL. Superior Court of Massachusetts, Suffolk County. Certiorari denied. *Charles W. Lavers* for petitioner.

No. 134, Misc. HARRISON *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.